387 A.2d 473

**ESTATE of Edna IRWIN, Deceased.**

**Appeal of Bernard FISHER.**

Supreme Court of Pennsylvania.

Argued Jan. 17, 1978.

Decided June 2, 1978.

Charles Polis, Philadelphia, for appellant.

Alan J. Swotes, Herman J. Obert, Catherine Barone, Philadelphia, for appellee.

Before EAGEN, C. J., and O'BRIEN, ROBERTS, POMEROY, NIX, MANDERINO and LARSEN, JJ.

OPINION OF THE COURT

PER CURIAM:

Decree affirmed.

Each party pay own costs.